# EXHIBIT 1

Thomas Cafarella

1

Volume:  I

Pages:  1-199

Exhibits:  1-7

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 1:23-cv-11032

----------------------------------

THOMAS CAFARELLA,

Plaintiff,

v.

MASSACHUSETTS INSTITUTE

OF TECHNOLOGY,

Defendant.

----------------------------------

** NOTE:  Portions of the transcript contain

CONFIDENTAL TESTIMONY to be designated by Counsel **


DEPOSITION of THOMAS CAFARELLA

Thursday, March 7, 2024, 10:27 a.m. - 3:36 p.m.

MORGRAN, BROWN & JOY, LLP

200 State Street

Boston, Massachusetts

Court Reporter:  Paulette Cook, RPR/RMR

**Thomas Cafarella**

14

1    siblings have ever sued an employer for

2    discrimination?

3        A.    No, not that I'm aware of at all.

4        Q.    Okay.

5        A.    No.

6        Q.    Have they ever sued an employer for

7    retaliation?

8        A.    Not that I know of, no.

9        Q.    So after high school, tell me a little bit

10   about your education.

11       A.    Um...  I went to Worcester State College.

12       Q.    Did you graduate?

13       A.    I graduated Worcester State College, yeah,

14   but I didn't graduate 'til 2021.  I was about seven

15   courses short when I left in 86, and um I've been

16   working ever since.

17            I got jobs right out of college -- right

18   out of there, and I knew I'd finish, but I didn't

19   think it would take that long, but I just kept

20   plugging away and got my degree.

21       Q.    What degree did you get?

22       A.    Economics.  BS in economics.

23       Q.    A BS in economics?

24       A.    Yeah.

Thomas Cafarella

15

1    Q.  Do you have any other degrees?

2    A.  No.

3    Q.  Have you done any other course work besides

4    course work to get your BS after high school?

5          Take any courses to do any sort of other

6    course of study since taking the college credits to

7    get your BS?  Or in addition to that I should say?

8    A.  I can't recall.

9    Q.  Messy question.

10         From 1986 to now, other than trying to

11   get your BS, did you take any other courses?

12   A.  College courses?

13   Q.  Yeah.

14   A.  Um...  I honestly don't remember.  Yeah, I

15   don't remember.

16   Q.  Did you do any other course work that you're

17   thinking of or trainings that you're thinking of?

18   A.  At MIT me and medical managers worked

19   together on a lot of different courses.

20   Q.  What kind of courses are you talking about?

21   A.  Management courses.  Um --

22   Q.  Do you actually take courses at MIT?

23   A.  Yeah.

24   Q.  Okay.

Thomas Cafarella

1      A.  Well, they're not -- they're at MIT.  I

2  don't know if the teacher's a professor or anything.

3  They offer courses at MIT, and we've taken them

4  together.

5      Q.  Okay.  So I'm trying to understand.

6          Are these MIT courses that MIT is

7  offering to students that you're sitting in or

8  auditing?

9      A.  No.  They're for employees.

10     Q.  So they're professional courses --

11     A.  Yes.

12     Q.  -- that are offered to managers --

13     A.  Yes.

14     Q.  -- at MIT?

15     A.  Yes.

16     Q.  They don't go towards a degree or anything

17  like that?  They just teach you skills?

18     A.  Yes.  I believe.

19     Q.  Do you have any professional licenses or

20  certifications?

21     A.  No.

22     Q.  Is MIT the largest employer you've ever

23  worked for?

24          MS. CALLAHAN GILL:  Objection as to

**Thomas Cafarella**

17

1    form.  You can answer if you can.

2        A.  I'm not sure.

3        Q.  You've worked for other large employers?

4        A.  Boston University.

5        Q.  Okay.  When did you work for BU?

6        A.  Six years in the medical department before I

7    came to MIT.

8        Q.  That was at Boston Medical Center?

9        A.  Yes.

10       Q.  And so you're just -- you're just not sure

11   if BU or Boston Medical Center is bigger, you just

12   don't know?

13       A.  I don't know.

14       Q.  Okay.

15       A.  I don't know, you know, the count like in

16   labs and -- I don't know.

17       Q.  Yep, got it.

18            Do you hold a certified associate in

19   project management credential?

20       A.  No.

21       Q.  Do you know what a PMP is?

22       A.  I know what it is, but I don't have it.

23       Q.  Okay.  So you don't have your PMP?

24       A.  No.

Thomas Cafarella

18

1    Q.  And do you have a disciplined Agile/Scrum

2    master credential?

3    A.  No.

4    Q.  Do you have any Scrum credentials?

5    A.  No, but I was given a project manager's job.

6    So they never asked me about that before they gave

7    me the job.

8    Q.  Are you familiar with what Agile methodology

9    is?

10    A.  Agile methodology?

11    Q.  (Nods head.)

12    A.  No.

13    Q.  How about waterfall methodology?

14    A.  I've heard of it.  I could probably tell you

15    what it is, but I wouldn't be a hundred percent

16    sure.

17    Q.  Okay.

18    A.  So it's definitely a trickle-down type

19    thing.

20    Q.  Are you familiar with a software called

21    Microsoft Project?

22    A.  I'm familiar with it, but I didn't use it.

23    Q.  In other words, you know what it is, but you

24    don't have experience using it?

**Thomas Cafarella**

19

1       A.   I could use any -- yes, I know what it is;

2   and if given the opportunity, I could learn it --

3       Q.   Okay.

4       A.   -- the majority of it quickly.

5       Q.   So different question.

6            So you have not utilized it?

7       A.   No.

8       Q.   Okay.  Are you familiar with Microsoft

9   VIZIO?

10      A.   I'm familiar with it.  May have used it once

11  or twice.

12      Q.   So you've used it a couple times, but you're

13  not proficient in it?

14      A.   I wouldn't say I'm proficient in it, no.   I

15  was never given an opportunity to be proficient.

16      Q.   Are you familiar with the term "process

17  mapping"?

18      A.   Pretty -- pretty familiar with it.

19      Q.   What does it refer to?

20      A.   You're mapping out projects.

21      Q.   Do you have specific experience with process

22  mapping?

23      A.   I've worked on several projects, major

24  projects, yes.

Thomas Cafarella

20

1          (Pause.)

2     A.   I'm familiar with working on projects.

3  Let's leave it at that.

4     Q.   Okay.  Do you have any certifications or

5  education specifically in process mapping?

6     A.   No.

7     Q.   Do you know what the term "process flow" in

8  a business context means?

9     A.   Yeah.

10          MS. CALLAHAN GILL:   Objection as to

11  form.  Sorry.  Go ahead.

12     Q.   What does it mean?

13     A.   The process flow is a flow of a project, if

14  you have a process -- a certain process in place and

15  the flow of it.

16     Q.   Part of this is just me making sure I heard

17  you correctly.

18          Did you say the process of the project

19  or the process -- the flow of the process?

20          I just didn't understand what you said.

21     A.   Project, process, the flow of it.

22     Q.   The flow of the project or the flow of the

23  process is what you're saying?

24     A.   Yeah.

**Thomas Cafarella**

24

1       Q.  I meant to ask you are you -- as far as
2   you're aware, are you eligible for rehire at Boston
3   Medical Center?
4       A.  Yeah, I don't see why not.  I left on my own
5   accordance.
6       Q.  Who did you work there for?  Like person,
7   who was your supervisor?
8       A.  I don't remember.  I'd have to get back to
9   you on that.  I don't remember.
10              I don't recall.  I see him, but I don't
11  remember the name.
12      Q.  Got it.  So far as you're aware though, you
13  left on good terms?
14      A.  I left on my own, yeah.
15      Q.  Okay.
16      A.  I resigned, went to MIT.
17      Q.  Then prior to that, there was a dental
18  office that you were in for six years in Framingham?
19      A.  Yeah.
20      Q.  Do you remember the name of the dentist you
21  were working for, your supervisor?
22      A.  Yeah.  Dr. Bhatti, B-H-A-T-T-I.
23      Q.  B-A --
24      A.  B-H-A-T-T-I.

Thomas Cafarella

25

1       Q.  Okay.  And did you say that "Bhatti"?  Is
2    that how you say it?
3       A.  (Nods head.)
4       Q.  Okay.  You're not sure?
5       A.  Yeah, Bhatti.
6       Q.  Bhatti, okay.
7              Do you know if Dr. Bhatti's still in
8    practice today?
9       A.  He is, but I believe -- I'm not sure -- he
10   went back to Canada.  He was a Canadian citizen so I
11   believe -- but I haven't spoken to him in 25 --
12   whatever it is -- 25 years.
13      Q.  Got it.  What'd you do there?
14      A.  I set up, um -- basically I was in all
15   aspects of management there.
16      Q.  What does that mean?
17      A.  That means everything from purchasing
18   equipment, to setting up projects, to plan the --
19   all the general offices, hiring staff, firing staff
20   if appropriate.
21             Every aspect of management including --
22   like I said, it was from scratch.  So I had several
23   projects I worked on there.
24      Q.  What sort of projects?

Thomas Cafarella

26

1    A.  Well, we had to -- again, we had to lay out

2    each office.  With that comes electricians and set

3    those things up.  Environmental committees for the

4    Town of Framingham we had to go to.  And, you know,

5    projects like that is a major scope.

6    Q.  So did you get hired at the time he was

7    building his office?

8    A.  Yeah.  He just bought it.

9    Q.  So you were involved in the renovation of

10   the office?  Is that what you were describing?

11   A.  If you're talking from scratch, zero, empty?

12   Yes.

13   Q.  So the building -- let me start over.

14       What was your job?  What was your title?

15   A.  I didn't -- there was no specific title.

16   Q.  You didn't have a title for him?

17   A.  I don't -- I don't believe in titles.

18   Q.  Okay.  And he brought you on right after he

19   bought the practice?  Is that what you're saying?

20   A.  Yes.

21   Q.  Okay.  And so when he brought you on, what

22   did he ask you to do for him?

23   A.  Um... dentists know dentistry, but they

24   didn't know the business end of things.  So, um,

Thomas Cafarella

27

1    every non-dental aspect I took care of.

2        Q.  So you were setting up his business.

3            And were you -- and you were hiring it

4    sounds like professionals, contractors, etcetera to

5    build the dental office?

6            Is that what you're saying?

7        A.  Pretty much.  Or, um, dental companies that

8    offered products that I would need they would come

9    and deliver and implement them, set them up, deliver

10   them.

11       Q.  So you'd be dealing with vendors?

12       A.  Yeah.

13       Q.  And how many dentists work for Dr. Bhatti?

14       A.  Uh... it wasn't a large practice.  Probably

15   -- now again I'm going back 25 years.  Three, four?

16   Three.

17       Q.  Full time?

18       A.  Not all full time.  Two full time, one was

19   part time.

20       Q.  So two full-time dentists besides him and

21   one part time?

22       A.  Yeah.  Again, I'm giving you my best recall

23   of it.  It was a long time ago.

24       Q.  Got it.

**Thomas Cafarella**

28

1           Did he have any other clinical people on
2   staff?
3       A.   I believe -- again, I'm thinking back.  Oral
4   surgeon and an orthodontist.  Again, it was a long
5   time ago.
6       Q.   Those weren't full-time people or part-time
7   people; they were people who come in and out?
8       A.   They were specialists.
9       Q.   Specialists that came in and out?  They
10  worked for other people or worked just for
11  Dr. Bhatti?
12      A.   You'd have to ask them that.  I don't know
13  if they worked for anyone.
14      Q.   What I'm saying is the oral surgeon and the
15  orthodontist, were they part of the two full-time
16  and one part-time dentists, or are you saying it's
17  in addition to the two full-time and one part-time
18  dentist?
19      A.   They weren't there every day, if that's what
20  you mean.
21      Q.   Okay.  Did he have a staff?  How large was
22  his staff?
23      A.   He had two I believe -- again, two dental
24  assistants and I believe a hygienist.  But again...

Thomas Cafarella

29

1    Q.  And any admin staff?

2    A.  Front desk person besides myself.

3    Q.  And were you doing billing then?

4    A.  I was doing everything then, yeah.

5    Q.  So is that a yes?

6    A.  Yes.  I have tremendous experience in

7 insurance billing.  Medical and dental.

8    Q.  Why'd you leave?

9    A.  Um, Dr. Bhatti sold the practice, and he

10 moved back to Canada I believe.

11            I haven't been in touch with him since

12 then.

13            MS. CALLAHAN GILL:  Sorry to interrupt.

14 Within the next five or ten minutes, could we take a

15 brief break for the restroom?

16            MS. KUGELL:  We can take it now.

17            (A recess was taken.)

18 BY MS. KUGELL:

19    Q.  So let's go back on the record.

20    A.  Sure.

21    Q.  You had said that you left the practice --

22 Dr. Bhatti's practice because he sold the practice?

23    A.  I believe so, yeah.  Yeah.  It wasn't

24 anything negative on my end but...

Thomas Cafarella

1          He went back to Canada I believe.  He
2   wanted to go back to Canada --
3      Q.  Okay.
4      A.  -- with his wife.
5      Q.  And did he sell it to another dentist?
6      A.  I don't know.  I don't know who he sold it
7   to.  He didn't tell me.
8      Q.  Okay.  But did the practice continue I guess
9   is what I'm asking?
10     A.  I believe -- I believe another dentist took
11  over the office, yes.  I believe.  But I wasn't
12  privy to any of that.
13     Q.  How come you didn't stay to work for the new
14  dentist who bought the practice?
15     A.  Um, I wasn't comfortable with the new
16  dentist.
17     Q.  Do you remember the new dentist's name?
18     A.  I don't.
19     Q.  Do you know if you could have stayed?
20     A.  No, I don't know.  Probably not.  I mean
21  people bring their own people in.
22     Q.  And why weren't you comfortable with the new
23  dentist?
24     A.  Um... reputation.

Thomas Cafarella

1    Q.  So you don't remember the dentist's name,
2    but you understood he had a bad reputation, or she
3    had a bad reputation?
4    A.  Yeah.  I just don't want to say the wrong
5    name because that wouldn't be fair, if I say the
6    wrong name.  So I don't remember the name.
7    Q.  Okay.
8    A.  But I -- I don't want to say a wrong name
9    'cause that wouldn't be fair if I said the wrong
10   name.
11   Q.  Well, I promise you I'm not telling anybody
12   outside of here, and you're in the midst of a piece
13   of litigation so you're fine --
14   A.  I know.  I as soon as tell the truth, and if
15   I don't remember the exact name, I'm not going to
16   say.
17   Q.  Okay.  If you have any memory whatsoever,
18   even if it's I have a memory but it could be wrong,
19   you are free to say it, and I understand it may not
20   be right.
21        If you really don't have a memory, then
22   you don't have a memory.
23   A.  Yeah, I don't recall.
24   Q.  And what about that dentist's reputation had

Thomas Cafarella

32

1  you heard that made you not want to try to stay?

2              MS. CALLAHAN GILL:  Objection as to

3  form.  If you can answer, go ahead.

4      A.  Um, just word of mouth --

5      Q.  Right.

6      A.  -- from maybe other patients that came to

7  our office or -- I never went to him personally.

8      Q.  I understand.

9              I'm trying to figure it out what it was

10  that people were saying that caused you to have

11  concern about working for this dentist.

12      A.  Um... well, it doesn't -- I guess he took a

13  lot of MassHealth patients, and he kind of abused

14  the MassHealth system.

15              And I'm all about patient care and

16  people, and they should be treated right.  And I

17  don't think he did.

18      Q.  So were you unemployed for a period of time

19  between Dr. Bhatti's office and when you got the job

20  at Boston Medical Center?

21      A.  Not for long but yes, maybe six months.

22  Three months, six months?  Again, it's a long time

23  ago.

24      Q.  And then the job before that was what?

Thomas Cafarella

33

1      A.  The job before that?  Oh, God.

2            It's a long time ago -- what is it,

3  thirty years ago?

4      Q.  It's not a memory test.  So if you don't

5  know, we can talk about it later 'cause we are --

6      A.  I don't remember.

7      Q.  -- going to talk about your resume in a bit

8  anyway so...

9      A.  I worked as a male prostitute for a while,

10  but didn't get much business so...

11      Q.  I am very much assuming you are joking for

12  purposes of the record.

13      A.  I am joking for the purposes of the record.

14      Q.  Okay.  Okay, great.

15            What was the longest period that you've

16  held in any prior job before MIT?

17      A.  I'm trying to think now.  Um...

18            (Pause.)

19      A.  I'd have to -- I don't recall.  I'd have to

20  think about.  I want to say six, seven years, but I

21  don't recall.

22      Q.  What was the shortest time before you worked

23  for MIT?

24      A.  Three years.  That I can remember.

Thomas Cafarella

34

1      Q.   When did you start working at MIT?

2      A.   Again, I believe September 2007.

3      Q.   And did you apply for a position at MIT?

4      A.   Yeah.

5      Q.   And what was the position that you applied

6  for?

7      A.   Practice manager.

8      Q.   And you believe that was the actual title,

9  "practice manager"?

10      A.   I believe it is.

11      Q.   Okay.

12      A.   It could have been -- it wasn't office

13  manager.  It was practice manager or administrative

14  manager, something to that effect.

15      Q.   Okay.  And that was the -- when you say

16  "practice manager," the practice is the MIT Dental

17  practice?

18      A.   Yes.

19      Q.   So whatever we call the official title, it

20  was the practice manager for the dental office

21  inside MIT?

22      A.   I would say that's fair.

23      Q.   Do you remember how you learned about the

24  position?

Thomas Cafarella

36

1  and --

2      Q.  The executive director of MIT what?

3      A.  MIT Medical.

4      Q.  Medical.  And --

5      A.  But I forget what role she had when she

6  hired me.  I want to say she was a step below the

7  executive director.

8          I forget what her title was, but she was

9  up in the -- she was very high up on the

10 organizational chart for medical.

11     Q.  Hm hm.  And to be clear, just so I make sure

12 I understand it, MIT Dental is part of MIT Medical?

13     A.  Oh, yeah.  And that can't be lost.  It's --

14 we're all one.  We're all one.

15     Q.  But the dental practice is -- MIT Medical

16 has a variety of different medical offices,

17 practices.  MIT Dental is inside MIT Medical?

18     A.  Yeah, as OB/GYN would be or urgent care or

19 eye and ear.  Allergies.  Everybody had their own

20 departments under medical.

21     Q.  But did every group have a practice manager

22 like dental?

23     A.  Yes, pretty much.  And we met all the time

24 all of us in different departments to discuss

Thomas Cafarella

42

1     A.  Yeah, I'd have to really go back and

2  research them, but they're pretty similar, I mean

3  the dates, yeah.

4     Q.  One thing I just want to clear up.  Union

5  Dental, that was Dr. Bhatti's practice?

6     A.  Correct.

7     Q.  And there's a break in service between -- a

8  break in employment from February 03 to May 03.

9           Do you see that?

10    A.  Yes.

11    Q.  Do you think that's because, as you

12  indicated, Dr. Bhatti sold his practice and you

13  didn't stay on with the new dentist, so that's the

14  period of unemployment we were talking about?

15    A.  Yeah.  I remember I said it was around -- I

16  thought it was three to six months.

17    Q.  And I told you it's not a memory test so

18  that's good.  So we're good.

19    A.  I just want you to know that I'm telling the

20  truth.

21    Q.  I hear you.  But we couldn't remember the

22  job right before Dr. Bhatti.

23           So does this --

24    A.  Yes.

Thomas Cafarella

43

1      Q.   -- refresh your recollection?

2      A.   Yes.

3      Q.   Okay.  So tell me about -- before we move

4  back to MIT, tell me about your job at Dent Plus

5  Dental Centers.

6           You worked at Dent Plus Dental Centers

7  for --

8      A.   Yes.

9      Q.   -- it looks about five years?

10     A.   Yep.

11     Q.   What did you do there?

12     A.   Again, I did a lot of the same things I did

13  at Union Dental.  I was responsible, as you see,

14  day-to-day operations with labs and practices and

15  supplies and front-desk operations, hiring, firing.

16  Um...

17           And I bounced back -- I was responsible

18  actually for two offices, for Warwick and

19  Providence.

20     Q.   Do you remember about how many dentists were

21  in the practice?

22     A.   A lot.

23     Q.   What does that mean?

24     A.   Um...  I would say -- again I'm going back

Thomas Cafarella

44

1    -- it's a lot of years ago.

2            I would say there was four in Providence

3    and three dentists in Warwick full time.   Thinking

4    back 30 years ago.

5        Q.   And about how many staff members?

6        A.   Providence we probably had four to five.

7    Warwick had three to four.

8        Q.   And why did you leave?

9        A.   To go to my Union Dental job.

10       Q.   Why was the Union Dental job better?

11       A.   Dr. Bhatti offered me more money.

12       Q.   Do you remember what you were being paid at

13   Dr. Bhatti's?

14       A.   No, I don't recall.

15       Q.   Do you remember what you were being paid at

16   Dent Plus Dental.

17       A.   I don't remember.   Back then?   I don't

18   remember -- I don't know exactly the total of what

19   it was.

20       Q.   Do you remember who your supervisor was at

21   Dent Plus?

22       A.   Dr. Bhatti.

23       Q.   At Dent Plus?

24       A.   Dr. Bhatti.

**Thomas Cafarella**

45

```
 1       Q.  Oh, so --
 2       A.  Dr. Bhatti worked there.
 3       Q.  I see.  So Dr. Bhatti took you from Dent
 4   Plus to Union Dental?
 5       A.  He stole me, and that was -- and that wasn't
 6   right.
 7       Q.  All right.
 8       A.  I did say I was a prostitute though, didn't
 9   I?
10                THE WITNESS:  Not for the record.
11                THE REPORTER:  It is.
12   BY MS. KUGELL:
13       Q.  So technically I only get to say what's not
14   on the record, but I hear you.
15       A.  Oh.  Scratch that from the record.
16       Q.  Thank you.  I want to go now back.
17                We think this is the resume that you
18   provided, and I have to ask you 'cause this is the
19   only resume, Tom, that you produced.
20                I assume you have an updated resume?
21       A.  With all the MIT things on it, yes.
22                MS. KUGELL:  So, for the record, I did
23   ask counsel to ensure that all of your application
24   materials, including your most recent resume, gets
```

Thomas Cafarella

56

1          I was confused by it because Kathy had

2   absolutely no experience in management, and I had

3   years of it.

4          But, again, you know, I had small

5   children at that time, and I had a family to take

6   care of and I, you know...

7      Q.   Okay.  All right.  So we've gotten a little

8   ahead of ourselves here.

9          I want to go back a little bit to the

10  position you were hired for, clinical coordinator,

11  office manager?

12     A.   It was either administrative -- actually, it

13  was administrative, slash, clinical coordinator,

14  slash, practice manager.

15     Q.   Okay.

16     A.   I mean I don't...

17     Q.   When you first started in the role, who were

18  you reporting to?

19     A.   I met -- oddly enough, I had two

20  supervisors, which is fun, Dr. Collura, the chief of

21  the dental service and Debbie Friscino.  I forget

22  her title at the time.  It was a step below the

23  executive director.

24          I met with her once a week in the

**Thomas Cafarella**

57

1   medical department, and I met with Dr. Collura every

2   day.  But Debbie Friscino did not -- the medical --

3   whatever title that she was, she did my reviews from

4   the medical department, not dental.  Because I

5   worked on a lot of different projects for medical.

6   And I belonged to a lot of committees.

7            So Debbie did my reviews, not the

8   doctor.  I always wanted the dentist to do it

9   because she saw what I did every day up in dental,

10  but I did a lot more than that so...

11       Q.  So I take it Debbie and Dr. Collura did not

12  continue to be your supervisors through the whole of

13  your employment with MIT?

14       A.  Correct.

15       Q.  So who were your supervisors after that?

16       A.  Well, they never hired a dental director.

17       Q.  Okay.

18       A.  And I -- you know, I informed them that you

19  have to have a dental director to run a dental

20  office.  You can't have a hygienist or -- or anyone

21  else to run a dental office.  You have to hire a

22  chief.

23       Q.  So it was Debbie and Dr. Collura --

24       A.  Debbie and Dr. Collura.  After that Kathy

Thomas Cafarella

61

1   too?

2       Q.  Yeah.

3       A.  Yeah, was probably 18 to 20.  Again, I was

4   involved with hiring doctors and hygienists and all

5   staff.

6           So, again, a couple left during that

7   period but, you know, not many.  When they did, I

8   had to hire them.

9       Q.  When you were in your office manager role

10  but not in your special projects role?

11      A.  Yeah.  Mainly when I was in my manager's

12  role.  I, obviously, gave input to Kathy 'cause she

13  never hired anyone.

14      Q.  So when you became the special projects

15  officer, you're saying you gave Kathy input about

16  hiring decisions, but you weren't the person who was

17  hiring people?  That was Kathy's job?

18      A.  Correct.  Correct.

19          (Exhibit 2 marked

20          for identification.)

21  BY MS. KUGELL:

22      Q.  So, Tom, I'm going to give you a document

23  that's been marked as Exhibit 2 to your deposition.

24          Have you ever seen this document before?

Thomas Cafarella

62

1      A.  I don't recall this.

2      Q.  Okay.

3      A.  I mean I could have read it.  I could have

4  seen it.  I don't recall.

5      Q.  Okay.  Is it a fair summary of the duties

6  you performed as -- again, I'm just going to keep

7  saying officer manager or administrative

8  coordinator.

9      A.  That's fine.

10      Q.  Is it a fair summary of the duties you

11  performed when you were in the office manager role

12  at MIT?

13              (Pause.)

14      A.  Are you asking me if this is what I did?

15      Q.  Yeah.

16      A.  I did a lot more than that.  I was

17  responsible for their annual budget.

18      Q.  Okay.

19      A.  I had to put together the budget annually.

20  And I had to make them stick to it and make it work.

21      Q.  And when you say -- when you say "their

22  annual budget," you mean the dental --

23      A.  Yeah.

24      Q.  -- MIT Dental?

Thomas Cafarella

63

1      A.   Yeah.  Every department in medical had a

2   department budget, and, um, I was responsible for

3   that.

4             I was responsible for hiring.  I don't

5   see hiring in there.

6      Q.   Yeah, it says supervision but --

7      A.   Well, hiring's probably different maybe.

8      Q.   Yep, okay.

9      A.   I think but...

10     Q.   Yep, fair.

11            Anything else that you think is missing?

12     A.   Um... yeah, I mean -- if you're asking me

13  right on the spot, I can't answer that because I did

14  so many things.

15            It doesn't tell of some of the other

16  things I did outside of medical.  I was a member of

17  the capital committee that worked with every

18  department in medical to review requests from

19  different departments to find out what money we

20  could give to certain departments.  I was on that

21  committee.  What projects were being done, what

22  money would go to certain projects.

23            Um...  I was on several committees.  I

24  was on the diversity committee.  We worked on many

Thomas Cafarella

64

1    projects for the MIT Medical community.  I was a

2    co-chair of the rewards and recognition committee

3    where we worked on projects twice a year for all

4    medical.

5              I mean I could go on and on.  I'm just

6    trying to think right now quickly.

7         Q.  And I understand outside of your role you

8    were put on these committees; but for purposes of

9    the daily business that you were doing as the office

10   manager, I just want to make sure in addition to

11   what's in here, you said you put together a budget,

12   you did hiring.

13             Anything else central to that role?

14        A.  Yeah.  I had to work with the environmental

15   protection department to make sure our water flow

16   and amalgam flows were correct.  Because it can't be

17   in the water.  I was responsible for that.

18        Q.  Say that again.  I'm not understanding what

19   you're saying.

20        A.  Um... we had -- you can't have amalgam in

21   the water.

22        Q.  Amalgam?

23        A.  Amalgam, yes.

24             So I had to work with the -- I forget

Thomas Cafarella

65

1    the exact title -- MIT's environmental area.  I had

2    to work with them sometimes to make sure all our

3    processes were in place.

4            Again, I did many things in dental like

5    you're seeing but many things outside of dental that

6    I was called upon to do.

7            So, yes, did I do these things?  Yes.

8    But I did much more.

9        Q.  Again, I'm trying to focus what you did in

10   that office manager role --

11       A.  Yeah, yeah, of course.

12       Q.  -- for the dental office --

13       A.  Of course.

14       Q.  -- this is what you did plus those

15   additional things for the dental office?

16       A.  Yes, plus many other things.  I just

17   can't --

18       Q.  Sorry, plus the what?

19       A.  Plus a lot of other things.  I just can't

20   name them all right now.

21       Q.  Okay.

22       A.  I mean I literally was responsible for the

23   doctors, if they had -- for instance, I implemented

24   electronic -- I created a project to implement

Thomas Cafarella

84

1      Q.  Yeah, tell me what they are.

2      A.  What three did you have there?

3      Q.  You said HIPAA.  This is what you told me

4  earlier.

5      A.  Yeah, yeah.

6      Q.  Capital, HIPAA and diversity.

7      A.  I was on -- I was a co-chair on rewards and

8  recognition.

9      Q.  I think you said that, too.  Sorry about

10  that.

11          Are these committees that met monthly --

12      A.  Yeah, some met monthly.  Some met twice --

13      Q.  -- quarterly --

14      A.  Yeah.  We always planned events or things

15  behind them.  The good thing about it is everybody

16  involved was from different parts of medical.

17      Q.  Yeah.

18      A.  It wasn't just, you know, one department.

19      Q.  Yep.

20      A.  So that was pretty cool.

21      Q.  And who were -- like what sorts of employees

22  were on these committees?

23      A.  It could be anybody from the manager of the

24  department or anybody who like, um -- it could have

Thomas Cafarella

85

1  been anyone.  It was a cross -- a cross thing of

2  everybody.

3     Q.  Okay.  So anybody from any department,

4  different levels, that kind of thing?

5     A.  Yeah.  If you were interested in a certain

6  thing, like, you know, diversity was really

7  important to me so I was involved with that a lot.

8     Q.  Hm hm.

9     A.  Some people could be, you know, whatever is

10  your thing.  If you like to plan parties or events,

11  things like that.

12     Q.  Got it.

13     A.  That's what we did on the R&R committee,

14  and, um...  basically that's about it.

15         We met -- before I got the project

16  officer's job, we met with the managers of each

17  department regularly, um, once -- I think once a

18  week or once a month.  I forget.

19     Q.  Okay.

20     A.  But we met with every single manager to

21  discuss what's going on in the building --

22     Q.  Got it.

23     A.  -- and how we could help each other.

24     Q.  Got it.

Thomas Cafarella

89

1  lawsuit?

2      A.  Yes, I believe so.

3      Q.  Okay.

4      A.  I just didn't know the name of the document.

5      Q.  Yeah, no worries.  No worries.

6          Now you've alleged in the lawsuit that

7  at the time of your layoff in February of 22 there

8  were two open jobs in the department.

9          Do you have any recollection of that?

10     A.  There was one job in dental a week before

11  they let me go.

12     Q.  Okay.  And what job was that?

13     A.  It was the, um, billing specialist.

14     Q.  And was that a job that when you had been

15  office manager reported to you?

16     A.  Um... yeah, it could have been.  I'm trying

17  to think if that -- yeah, I mean it was part of the

18  dental department.  It was something that I worked

19  on every single day.

20     Q.  Hm hm.

21     A.  Something I was totally experienced with and

22  familiar with.  It would have been an easy

23  transition.  It would have been no transition

24  actually.

**Thomas Cafarella**

90

1      Q.   Okay.  So let me just make sure I get an
2   answer to the question then.
3               So that was a role that when you were
4   the office manager reported up to you?
5      A.   Yes, that person reported to me.  When I was
6   office manager.
7      Q.   Yep.
8      A.   Not when I was project though.
9      Q.   Right.
10               And do you know what the grade level of
11   that job was?
12      A.   It was less than mine, but money wasn't the
13   concern.
14      Q.   And did you apply for the job?
15      A.   Um, I honestly asked the manager -- I was
16   starting to feel a little weird.  I said you think I
17   should apply for this job?
18               And I guess the whole point is they knew
19   they were letting me go at that point.  If they
20   wanted to give me an opportunity -- she said, well,
21   it's up to you.  But I didn't.
22               I mean why -- I had a job.  You know,
23   why would -- if I knew -- if I knew what was going
24   to happen to me happened to me a week or two later,

Thomas Cafarella

96

1     Q.  So that was one job, the billing job --

2  you're referencing the billing job?

3     A.  Just to clarify one point on that if I can.

4  Is that all right?

5     Q.  Yeah, sure.

6     A.  The woman they initially hired couldn't do

7  the job.  She had no experience.  She didn't -- they

8  let her -- they got her out of there and had to hire

9  someone else six months later.

10     Q.  So who was -- I meant to ask you that.  So

11  thank you for reminding me.

12           Who do you understand was the woman who

13  got the job who you said was --

14     A.  Sandra Cabral.

15     Q.  Sandra?

16     A.  If I say it right, Sandra Cabral I believe

17  her name is.

18     Q.  Sandra Cabral.  And you said that she was

19  running down the hall crying saying --

20     A.  No.  I said she went down to HR.

21     Q.  Went down to HR.

22     A.  She was visibly upset crying.  I didn't say

23  she was running.  I don't think she was --

24     Q.  I'm sorry.

Thomas Cafarella

103

1      A.  I can't give you the exact date.  It was
2   probably sometime around November.
3      Q.  Of what year?
4      A.  Of last -- last year.  What's last year?
5      Q.  Last year is 23.  You were laid off in 22.
6      A.  It was about nine months after I got laid
7   off.
8      Q.  So November of 22?
9      A.  Something like that, yeah.
10     Q.  Why did Dr. Nguyen call you?
11     A.  Dr. Nguyen told me she had something very
12  important to tell me, and she was very excited, and
13  she wanted me to call her right back.
14     Q.  Okay.
15     A.  When I talked to Dr. Nguyen in person months
16  earlier, she said I'm going to do everything
17  possible to get you back.  That was about the time
18  that the other job -- the job that they never
19  offered me in the first place reopened.
20          Dr. Nguyen clearly respected me and
21  wanted me to get that job.
22     Q.  So did you talk to Dr. Nguyen on the phone?
23     A.  Um, again, I called her back.  Through
24  intermediaries at work she told them to contact me,

Thomas Cafarella

107

1      Q.  And you believe this was sometime in late
2  22?
3      A.  No.  It was -- the job was opened up in I
4  think the second week in January that year.
5      Q.  Twenty-three?
6      A.  Yes.
7      Q.  Okay.  So you --
8      A.  The process started.  I'm sure she got the
9  okay to post the job.  That's when it started.
10     Q.  Okay.  So I'm just trying to -- I just want
11 to make sure I have my timeline correct, Tom.
12     A.  Yeah, I could be wrong --
13     Q.  No, no, I get it.
14         February of 22 you're laid off?
15     A.  Yep.
16     Q.  You're saying this was some nine or ten
17 months later where you get a communication --
18     A.  That's the first time she ever called me.
19     Q.  And that was from Dr. Nguyen --
20     A.  Yep.
21     Q.  -- and it was just a message; you didn't
22 talk, right?
23     A.  No, it was a message please give me a call
24 as soon as possible, it's very important, something

Thomas Cafarella

109

1  so or five days before -- three days before that job
2  was supposed to be posted.  She told me get ready;
3  it's going to be posted soon.  She wanted me to
4  apply.
5          I don't know what happened between that
6  time and the following week because the job never
7  got posted.  I never had an opportunity to.
8          Again, I don't know what happened, but I
9  haven't had a communication with Dr. Nguyen since.
10  I almost wanted to ask her, but, again, I didn't
11  want to do that 'cause I'm sure she probably had
12  nothing to do with it.
13     Q.  So you're saying you don't know what
14  happened after I heard from Belinda, but you never
15  saw the posting?
16     A.  The job never got posted.  For the first
17  time in 20 years in dental a job that was open never
18  got posted.  Usually gets posted and says if you
19  know anybody or you want to apply.  That job never
20  got posted to dental -- to medical -- MIT Medical.
21          They always post -- they posted every
22  job in dental for the last 20 years internally.
23     Q.  And do you know who got hired for the role,
24  Tom?

**Thomas Cafarella**

115

```
 1   because in the complaint you say there were two jobs

 2   open in the department at the time of your layoff.

 3            And we talked about one which was the

 4   billing specialist that they had posted a few weeks

 5   before and filled.

 6       A.  Yeah.

 7       Q.  And then we jumped to the Dr. Nguyen role

 8   that happened later.

 9            So I'm now zeroing back --

10       A.  Okay.

11       Q.  -- to what is the second job in the

12   department at the time of your layoff in February 22

13   that was open?

14       A.  It was a project officer.  Same title as

15   mine.

16       Q.  Oh, the special projects officer job?

17       A.  Yeah.

18       Q.  And then a special projects officer job in

19   dental?

20       A.  No, it was in medical.

21       Q.  In medical.  And how --

22       A.  But it was the same title.

23       Q.  How do you know about this job?

24       A.  They posted it.  I looked it up on the
```

Thomas Cafarella

116

1    website.

2         Q.   And when was it?

3         A.   It must have been right after -- I can't

4    give you exact -- right after they let me go.

5         Q.   So this was not -- it wasn't at the time of

6    your layoff; it was right after?

7         A.   It was either before, at the time of or

8    after.  I don't remember -- I don't recall.

9         Q.   Okay.

10        A.   I wish I did.  I wish I could tell you

11   but...

12        Q.   Was it actually a project manager job, Tom,

13   not special projects officer but "project manager"?

14        A.   I'm not sure of the title.  I'm sorry.

15        Q.   Okay.

16        A.   But it was a similar -- similar title.

17        Q.   So a similar title in medical?

18        A.   Yeah.

19        Q.   Okay.  Could it have been in early March

20   like a few weeks after your layoff?

21        A.   Yeah, again, I don't want to quote the date,

22   'cause I'm not sure when it was posted and when it

23   didn't get posted.

24        Q.   Okay.  So those are the two jobs you're

Thomas Cafarella

1  talking about, a job that had either the same or a
2  similar title, and the billing specialist job --
3      A.  Yeah.
4      Q.  -- around the time of your layoff, those are
5  the two jobs you're referring to?
6      A.  Yeah.  Yes.
7      Q.  And whether it's the project manager job or
8  some other title, you don't know who got that job?
9      A.  Oh, no, I don't know.
10     Q.  Did you apply for it?
11     A.  No.
12     Q.  How come?
13     A.  Um... I wanted to, but I believe, um,
14 through my attorney talk --
15             MS. CALLAHAN GILL:  Uh --
16     A.  -- through my attorney dealing with the MIT
17 lawyers, I was told I wasn't qualified or not to
18 apply.
19     Q.  So did you understand you were not qualified
20 -- MIT's position was that you weren't qualified for
21 whatever this job was and that MIT said you
22 shouldn't apply, or, simply, that MIT was saying
23 they didn't think you were qualified for the role?
24     A.  In my opinion -- are you asking me --

Thomas Cafarella

118

1      Q.   Yeah.

2      A.   -- my opinion on the whole thing?

3      Q.   Yeah.   What did you understand?

4      A.   I understood they didn't want me to apply

5   for the position.

6      Q.   But MIT never told you not to apply for the

7   position, correct?

8      A.   Well, in a roundabout way.   They never

9   specifically said don't apply for the position, but

10   they said if you apply you're not getting it which

11   is the same thing as saying don't apply for it.

12      Q.   Don't apply for it 'cause you're not

13   qualified?

14      A.   I just wasn't given the opportunity.   I

15   think if they looked into my background -- my

16   medical background, they would have had a different

17   opinion on that qualification thing, but that's just

18   my opinion.

19      Q.   Okay.   And do you know who got the job, Tom?

20      A.   Oh, I don't know.

21      Q.   Sorry, I think I already asked you that.

22      A.   It's all right.

23      Q.   I just want to be clear.

24           No one directly from MIT told you not to

**Thomas Cafarella**

119

1   apply for that job?

2       A.  Not -- not that I --

3               (Pause.)

4       A.  Not that I recall, but I reserve the right

5   to remember that because, you know, it's a little

6   while ago.

7       Q.  Okay.  So sitting here today, you don't

8   recall anyone from MIT directly telling you don't

9   apply for this -- whatever this projects job was,

10  right?

11      A.  Well, I remember them telling me I'm not

12  qualified for it, why bother or something to that

13  nature.

14      Q.  Who from MIT told you that?

15      A.  I'd have to -- through my lawyer I was told

16  that.  She talked to --

17              MS. CALLAHAN GILL:  Objection.

18      Q.  Again, I don't want -- I'm not asking you

19  what your lawyer told you.

20              I'm asking you did anyone at MIT tell

21  you don't apply for this job?

22      A.  I don't recall.

23              MS. CALLAHAN GILL:  Just a reminder

24  nothing about our communications --

Thomas Cafarella

120

1           THE WITNESS:  Okay, I'm sorry.

2           MS. CALLAHAN GILL:  That's okay.

3           THE WITNESS:  I've never done that

4    before.

5           MS. CALLAHAN GILL:  Yep.

6           THE WITNESS:  I'm a virgin.

7           MS. CALLAHAN GILL:  Anything you've seen

8    you can talk about but nothing about our

9    communications.

10          THE WITNESS:  Yep.  I'm getting scolded.

11   Is someone going to help me?

12          MS. KUGELL:  No.

13   BY MS. KUGELL:

14      Q.  So you don't -- right now you don't recall

15   anyone from MIT reaching out to you to talk to you

16   about this job and saying don't apply for it?

17      A.  I don't recall that, yeah, I don't.

18      Q.  Tom, one question, do you know if your

19   special project officer job was posted?

20      A.  I don't know.

21      Q.  Before you were given the special projects

22   officer role, do you know if it was posted?

23      A.  I don't know.

24      Q.  Okay.  And do you know if your special

Thomas Cafarella

137

1     Q.  I appreciate it.

2     A.  Oh, no problem.

3     Q.  Now in your complaint you said you were

4  aware of others at MIT who were pushed out or

5  terminated because of their age.  Is that correct?

6     A.  Well, I know other people that were pushed

7  out, let go, had pressure put on them that some just

8  retired because they didn't want to deal with it

9  anymore.

10    Q.  And who would that be?

11    A.  Well, a couple names I'm going to give you.

12  There was a girl named Alison Dylan.  She was in a

13  management position.  She gave someone overtime

14  because she thought she could.  Then Brian wrote her

15  up or someone wrote her up.  And she was fearing for

16  her job.  So she left.

17          There was a single African-American

18  mother who worked down in urgent care.  Great lady.

19  He just let her go.

20          And then four months later he was, you

21  know -- there was someone else.  I forget.  There

22  was many people that, if I pulled a list of all the

23  retired people, he lost -- in those five years he

24  was there, I would say his turnover was over 20, 25

Thomas Cafarella

138

1  percent.

2      Q.  You're talking about Brian?  Is that right?

3      A.  I believe so, yes.

4      Q.  So tell me a little bit about Alison Dylan.

5          You said she -- first, how old is Alison

6  Dylan to the best of your knowledge?

7      A.  I don't know.  Forties.  I don't know.

8      Q.  So younger than you?

9      A.  Everybody's younger than me, right?

10     Q.  I'm not, Tom.

11     A.  Yes.  Yes, she was younger than me.

12         But it's funny -- let me add this little

13 thing since Brian came on board.  We used to have a

14 monthly letter that came out, and in that letter

15 were comings and goings.  People knew people and

16 people leaving.

17         But since Brian came on board, he

18 eliminated the comings and goings so no one knew who

19 was being let go, who was being fired, who was being

20 this, who was being that, none of it.

21         And during a meeting I sent a chat in

22 how come we don't do comings and goings anymore.  We

23 don't know who's here anymore, who's not here

24 anymore.

Thomas Cafarella

140

1    Q.  Yeah.  You don't know?

2    A.  Oh, no, no, never.  I can't -- I'm not smart

3  enough to put words in Brian's mouth.

4    Q.  Okay.  So let's go back to Alison Dylan.

5         Alison Dylan was not in dental, right?

6    A.  No, no, no.

7    Q.  You say she got in trouble because she let

8  somebody work overtime?

9    A.  I guess.  That's what she told me.

10         I just felt bad for her because she just

11  had a baby, and she had to leave because -- when

12  they write you up for that, the next step is another

13  writeup, and you're done.

14    Q.  But she resigned?

15    A.  Yeah.  She did that on her own, but she saw

16  the writing on her own.

17    Q.  Do you know if other people got written up

18  for doing similar things?

19    A.  If I had a list of people that left in that

20  time period, I could circle probably 20 or 30 people

21  that didn't want to leave.  But -- but, um, there

22  was somebody in urgent care, an older woman,

23  probably in her late fifties.  I forget her name.  I

24  don't know her name but...

Thomas Cafarella

141

1          From what she told me, they put so much
2     pressure on her, that she had to retire.  He was
3     writing her up.  He was saying, you know, this and
4     that.  I forget her name.
5              But, again, you know, for the record,
6     I'm not just doing this for myself; I'm doing it for
7     people that things were done to that were wrong and
8     don't know how to fight back at all.
9              And I've never been about money.  Never
10    been about things of that nature.  But I believe in
11    fairness.  And some people can't fight back.  And,
12    um, that hurts me that they can't.
13        Q.  So the woman in urgent care, you said she
14    was getting a lot of pressure.  Was that about the
15    work she was doing?
16        A.  She told me it was a bunch of little things.
17    Every day there was something.  You know when --
18        Q.  And you didn't work with her, right?  She
19    wasn't in your department?
20        A.  She was down there when I was taking
21    temperatures in the morning, but, no, I didn't work
22    with her directly.  Again, she was just telling me
23    this.
24        Q.  You don't know if there was performance

Thomas Cafarella

142

1   issues or not related to her work?

2       A.  No.

3       Q.  Then you talked about a single

4   African-American mother --

5       A.  Yeah.

6       Q.  -- also down in urgent care?

7       A.  Yeah.  I don't know what her position was in

8   urgent care.  She was down there every morning

9   greeting everybody.  One morning I went down to look

10  for her, and someone said she's gone or whatever.

11      Q.  So you don't know what happened with her?

12      A.  No one knows anything when anyone leaves,

13  no.

14      Q.  Okay.  So anybody else who you believe was

15  pushed out or terminated because of their age?

16      A.  Again, I'd have to somehow get a list and

17  review.  My mind from two years ago, two-and-a-half

18  years ago is...

19      Q.  When this was included in your charge in

20  your complaint, who were you referring to, Tom?

21      A.  I was referring to the lady in urgent care.

22  I was referring to the African-American single

23  mother who's probably in her late fifties I imagine.

24              Um... the IT lady -- the head of IT

Thomas Cafarella

143

1  left early, retired early.  You'd have to ask her

2  why.

3      Q.  So you don't know why?

4      A.  I don't know why.  I just know that, um, she

5  was getting a lot of pressure to do things

6  differently, but, again, I don't know why.  And she

7  probably just said I'm not dealing with this and

8  retired early.

9            Um...  I'm trying to think of several of

10  the names now, too, but -- but she was in her

11  sixties -- she was about sixty, too.  Around sixty.

12      Q.  Anyone else you were referring to?

13      A.  Not that I can recall now, but if I do some

14  -- if I do my digging, which I, you know...

15      Q.  Can you remember the name of the woman who

16  was the head of IT who retired early?

17      A.  The IT lady?

18      Q.  Yeah.

19      A.  Sheila Joyce.

20      Q.  That was the head of IT person you were

21  referring to?

22      A.  Yeah.  Yep.

23      Q.  Sheila Joyce?

24      A.  Yeah.

Thomas Cafarella

144

1          I just know that she said to me that she
2  -- there were a lot of things that were changing,
3  and there was a lot of pressure on her.  They were
4  putting a lot of extra pressure.  And so she just
5  didn't want to deal with it.
6          That's just my opinion.  You'd have to
7  ask her.
8     Q.  So let me make sure I get what you're
9  saying.
10          She told you there's a lot of things
11  changing, and your opinion is it seems like there
12  was a lot of pressure so she decided to retire
13  early?
14     A.  Yeah, it's my opinion.
15     Q.  Now, Tom, you say that -- in your lawsuit
16  you're saying MIT retaliated against you.
17          When did you first come to believe that
18  you were being retaliated against?
19     A.  Um...  I think I sent a dozen roses and a
20  bunch of chocolate-covered strawberries from Edible
21  Arrangements, and I sent to the group saying thank
22  you for all your support, I didn't get a chance to
23  say goodbye, I miss you all, I hope to see you soon.
24          And, um, I got several nice texts back

Thomas Cafarella

181

1      A.   I believe -- I believe he has more

2  information on the status -- how they felt about me

3  or their plans for me during that time.

4           I've never talked to him about it.  But

5  I believe he does.

6      Q.   Okay.  How about Reverend Gerald Ellis?

7  What does he know about this matter?

8      A.   Reverend Gerry Ellis is one that we

9  should've put on the list that was let go.  He was

10  fired.

11      Q.   So he worked for MIT?

12      A.   Yep.  And he's a reverend so he'll

13  definitely tell you the truth.

14      Q.   When was he let go?

15           If you were let go in February 2022,

16  what period of time before?

17      A.   I can't give you the exact date.  I just

18  know --

19      Q.   Five years, two years, ten years?

20      A.   Three years.

21      Q.   Okay.  And do you know why Reverend Ellis

22  was let go?

23      A.   I don't know.  I know he was working with

24  HR, and maybe he saw some things that he didn't

Thomas Cafarella

182

1    approve of.  I don't know.

2        Q.  Do you know how old Mr. -- Reverend Ellis

3    was?

4        A.  Fifties if I had to guess.  But I'm

5    guessing.  I don't --

6        Q.  And Alison Sansone?

7        A.  She was Alison Dylan.  She got married.

8        Q.  So we've discussed --

9        A.  We already discussed her.

10       Q.  -- discussed her?  Nothing more to add as to

11   why?

12       A.  No.  I just felt bad for her that they

13   forced her out.

14       Q.  Okay.  So I'm -- Fan Yang.  Am I saying that

15   correctly?  Fan Thangh?

16       A.  T H A N G H?

17       Q.  Yes.

18       A.  She's a dental director.

19       Q.  Okay.

20       A.  She's the one that told me the job would be

21   posted and to get ready to apply.

22       Q.  Okay.  Oh, when -- sorry, that's me.

23       A.  That's okay.

24       Q.  And how about -- so we talked about Shirnell

Page 200

VOLUME - 2

PAGES - 200-340

EXHIBITS - 8-23

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO.:  1:23-cv-11032

~~~~~~~~~~~~~~~~~~~~~~~~

THOMAS CAFARELLA,

         Plaintiff,

v.

MASSACHUSETTS INSTITUTE

OF TECHNOLOGY,

         Defendant.

~~~~~~~~~~~~~~~~~~~~~~~~

*** NOTE:  Portions of the transcript contain

CONFIDENTIAL TESTIMONY to be designated by Counsel.***

DEPOSITION OF THOMAS CAFARELLA

Morgan, Brown & Joy, LLP

200 State Street, Suite 11A

Boston, Massachusetts 02109

July 18, 2024

10:21 a.m. - 1:58 p.m.

JENNIFER M. VAILLANCOURT, RPR, CSR #154422



Page 224

1      Q.    So that was something that you volunteered to

2    do, and you did for -- I think you said nine months, 12

3    months.

4      A.    It was a while.

5      Q.    Okay.

6      A.    Yeah.  I wouldn't say completely volunteered,

7    but someone needed to do it, and I need -- sometimes I

8    like to be hands-on.

9      Q.    And then after that, there's a list of daily

10    functions.  It says, "daily," and there's a bunch of

11    functions underneath it.  Do these written entries

12    reflect what you did on a daily basis in your role as a

13    special projects officer?

14      A.    Yeah.  I probably did more.  Oddly enough,

15    Kathy Sullivan -- I was the only employee -- she made me

16    write out what I did.  I was the only employee in the

17    whole dental that had to do this.  I found it odd.

18          And then sometimes she asked me to really be

19    specific because -- then I realized she didn't know how

20    to do these things, so she was going to probably --

21    instead of just asking me, she had me write them all

22    out.  But I was the only employee that was asked to do

23    that out of anybody.  And so if you're asking me if this

24    is some of the things I did, yes.



Page 246

```
1      Q.    And then we also discussed the fact that
2  sometime in late '22, early '23, was it Ms. Nguyen who
3  reached out to you to let you know that the job was
4  opening up again?
5           MS. CALLAHAN GILL:   Objection as to form.
6           If you can answer, go ahead.
7      A.    Yes.
8      Q.    (BY MS. KUGELL) You understood what I asked
9  you, that you learned from Ms. Nguyen that the job was
10  opening up again.
11     A.    Yes.
12     Q.    And that was the result of -- you learned that
13  because she reached out to you to let you know that.
14     A.    She called me twice.
15     Q.    And you remember that was sometime in late '22
16  or early '23.
17     A.    I don't know the exact dates, but the first
18  time was probably about a month and a half before the
19  job was supposed to be posted, and another time was
20  probably about a week before the job was supposed to be
21  posted, and...
22     Q.    And she got word to you, if I understand
23  correctly, through Belinda and Shirnell that the job was
24  going to be posted.  Is that --
```



Page 247

1      A.   Yeah, tell Tom -- tell Tom to get ready.  I

2  worked well with Dr. Nguyen.  She wanted me back.

3      Q.   And it's your testimony or your belief that

4  the job was never posted; is that right?

5      A.   The job was never posted internally to medical

6  for the first time in 20 years, and it wasn't posted

7  anywhere else for five days that I -- that I -- as of

8  February.

9           (Exhibit-10, MIT000821 - MIT000824, marked for

10  identification.)

11      Q.   (BY MS. KUGELL) So, Tom, I'm showing you a

12  document that's been marked Exhibit 10 to your

13  deposition.  I'm just going to ask you to take a look at

14  it for a second.  So I take it you've never seen these

15  documents before; correct?

16      A.   No.

17      Q.   So let's look at page 2.  This is a job for a

18  billing specialist; correct?

19      A.   This was the job that Dr. Nguyen wanted me to

20  apply for, yes.

21      Q.   And the person who is being replaced, you can

22  see up in the left-hand corner, was Sandra Cabral;

23  correct?

24      A.    Correct.



Page 248

1    Q.   And it was around February 3rd, 2023, that the
2  posting was created; correct?
3    A.   I never seen it.  It was nowhere it ever was
4  before, but if you say so, yes.
5    Q.   That's what it says in the top left-hand
6  corner.
7    A.   That's what it says, yeah.
8    Q.   And then you can see on the next -- the next
9  page, you see where it says Trang Nguyen.
10   A.   Yes.
11   Q.   That's Dr. Nguyen that we've been discussing;
12  correct?
13   A.   Correct.
14   Q.   And then if you look at the third page, which
15  is not -- it's not stapled, but I gave it to you
16  separately as part of Exhibit 10.
17   A.   Yeah.
18   Q.   You can see -- at the bottom, do you see where
19  it says, "Posted internal, posted external," and then
20  when it says "removed"?
21   A.   No.
22   Q.   So if you look down at the bottom, it says --
23  small print it says, "Internal posted ad, success,
24  February 6, 2023."



Page 249

1      A.    I can't see.  It's too small.  I can't see it,

2   no, but you can tell me.  I mean, I can't see it.

3      Q.    Well, since you can't see it -- and I

4   appreciate that since it's very fine print -- I will

5   tell you what it says is, "Internal posted ad, success,

6   Monday, February 6, 2023," and I believe it says

7   8:48 a.m., and then it says that the posting was removed

8   internally February 16th, 2023, and then it also says

9   there was an external post ad, success, February 6,

10  2023, with an external post of Thursday, February 16th,

11  2023.  That's what it says in the history in that fine

12  print below.  And I understand you're saying you can't

13  read it.

14     A.    No.

15     Q.    It's too small.

16     A.    Correct.

17     Q.    So does this appear to you, then, that the

18  billing specialist position was indeed posted?

19     A.    It was never posted internally.

20     Q.    Well, it indicates that it was posted

21  internally.

22     A.    It can indicate it.  I can't do an indication,

23  but I can tell you -- assure you that every employee was

24  looking for it to let me know when it was posted.  It



Page 250

1   was never posted internally.

2        Q.   And --

3        A.   Usually, there's an internal post too.  When

4   they post a job externally, they post it internally

5   saying if I know of anybody.  They do it for every

6   single job.  This one was not.

7        Q.   So you're saying that the document itself is

8   inaccurate.  It was not posted internally.

9        A.   Yeah.  I don't even know what PeopleFluent is.

10  When I've hired people, I've never used PeopleFluent at

11  MIT.

12       Q.   So you're -- what are you saying is not

13  PeopleFluent?

14       A.   PeopleFluent, is that the name of the?

15       Q.   So you're saying the applicant tracking

16  PeopleFluent system, you don't know what that is.

17       A.   It doesn't show me where this job was posted.

18       Q.   So it says internal.  That doesn't tell you

19  anything.

20       A.   Internal, it wasn't.

21       Q.   So you're -- and you're saying it wasn't

22  posted internally because you said people were looking

23  for it, and they didn't see it.

24       A.   I was ready to apply.  I mean, I was excited



Page 251

1    about it.

2        Q.    And when you say it was posted internally --

3    it wasn't posted internally because people were looking

4    for it, you don't know for sure whether or not they

5    actually were looking for it.    They just told you they

6    were looking for it.

7            MS. CALLAHAN GILL:    Objection to form.

8        Q.    (BY MS. KUGELL) Is that right?

9        A.    No.

10       Q.    No, that --

11       A.    That's not right.    People wanted me back.

12   They were excited to have me back.

13       Q.    So that's what people told you; they wanted

14   you back, and they were excited to have you back.

15       A.    And Dr. Nguyen told me to look out for it

16   internally; it should be posted any day.    And that was

17   on the Friday.    It was on a Friday, the last time she

18   told me, it should be on Monday, and actually they hired

19   someone else, like, Monday or Tuesday that week, so I

20   don't know how it got posted.

21       Q.    But -- so you're just arguing that this does

22   not --

23       A.    I'm not arguing.    I'm not arguing.

24       Q.    You're stating that this is meaningless to



Page 252

1   you.  It doesn't mean that it was posted as far as

2   you're concerned.

3        A.   I'm just telling you what I know.

4        Q.   And what you know is that people said we're

5   interested in having you back, and this job is going to

6   be posted, keep an eye out for it; correct?

7        A.   Yeah.  The job was never internally posted to

8   MIT employees.

9        Q.   And, again, you know that because internal

10  people said, we didn't see it.  Is that what you're

11  saying?

12       A.   Yeah.  How else would I know?

13       Q.   So through other people, you believe it wasn't

14  posted internally.

15       A.   I know it wasn't posted internally through

16  other people.

17       Q.   Okay.

18       A.   If it was, I would have applied immediately.

19       Q.   And were you looking for it externally posted?

20       A.   I looked on some of the places that I used to

21  post things on, Indeed, things of that nature.

22       Q.   Does MIT post externally somewhere besides

23  Indeed that you're aware of?

24       A.   I'd have to think back because I hired many


MAGNA
LEGAL SERVICES

Page 253

1   employees too.  But I always had internal posting.

2        Q.   So are --

3        A.   There might be someone in the building that

4   was qualified for it, and we want to give internal

5   candidates -- MIT likes to get internal candidates room

6   to move up, and in this case, they didn't.

7        Q.   What do you mean "in this case, they didn't"?

8        A.   They didn't post it internally.

9        Q.   Again, you're saying that they didn't post it

10  internally because people told you they didn't post it

11  internally.

12       A.   Yeah.  You could probably just ask them,

13  because it would have been -- we probably would have got

14  something on here about the internal post.

15       Q.   There is something on here that says an

16  internal post, Tom.

17       A.   This --

18       Q.   You just can't read it.  Why don't you use

19  your glasses?

20       A.   That's not what I see.

21       Q.   I'm asking you:  Would the glasses help you to

22  read the document?

23       A.   No.

24       Q.   So you have no way to read the document that's



Page 254

1    in front of you.

2         A.    I can read the document.

3         Q.    The other document, the one you said the print

4    was too small.

5         A.    Yeah.  That's not an internal post, though.

6    Maybe you're just confused about an internal post and

7    outside post.

8         Q.    I'm saying the history of the document says

9    that it was posted internally.  You're saying, I can't

10   read it.  I'm asking you:  Can you please pick up your

11   glasses and read it?  So we can at least agree what the

12   document says.

13        A.    The document says it was posted internally,

14   but I don't see a document of that posting internally.

15        Q.    Who told you that the document -- that it was

16   not posted internally?

17        A.    I checked every day.  I -- people didn't have

18   to tell me.  I could go on the website for employees.

19   That's for employees internally.

20        Q.    So you had access as an ex-employee to the

21   internal postings.

22        A.    I was a retired employee, yeah.  Everybody can

23   go on the MIT website and look for jobs.  It was never

24   posted.



Page 255

1    Q.   You're saying you didn't see it posted when
2  you went to look.
3           MS. CALLAHAN GILL:  Objection as to form.
4           You can answer.
5    A.   Yes.  I went to look for this specific job for
6  dental, MIT medical, never posted.
7    Q.   (BY MS. KUGELL) You never saw it.
8           MS. CALLAHAN GILL:  Objection as to form.
9    A.   It was never posted.  I'm just going to stick
10 by that.
11   Q.   (BY MS. KUGELL) So you went to look at it.
12 You said others were looking for it.  Who was looking
13 for it for you?
14   A.   Probably Sandra Cabral -- I mean -- I'm sorry.
15 Shirnell Jackman and Belinda Sobosik, the ones that told
16 me to get ready to apply.
17   Q.   You said "probably."  Do you know if they were
18 looking for it?
19   A.   Yes.
20   Q.   And were they the ones who told you --
21   A.   That Dr. Nguyen said tell him to get ready, it
22 will be posted, like, on Monday.
23   Q.   Sitting here today, do you have any memory of
24 conversations with them about whether or not the



Page 256

```
1    document -- whether the job was posted?

2         A.   Yes.

3         Q.   Tell me about those conversations.

4         A.   They were surprised, basically, that the job

5    was never posted, and somebody was given a job that

6    Monday when it was supposed to be posted --

7         Q.   So --

8         A.   -- internally.

9         Q.   -- who did you have this conversation with?

10        A.   Shirnell and Belinda, they're the ones that

11   told me to get ready.

12        Q.   I understand you had a conversation with them

13   before.  I'm asking you, sitting here today, who did you

14   have a conversation with after relative to the posting

15   to the extent that you have a memory?

16        A.   Well, besides myself checking every single

17   day, I believe Belinda.

18        Q.   And what did Belinda say to you?

19        A.   She can't believe the job never got posted

20   internally, and I said something must be up.

21        Q.   And did she tell you she went to look for it?

22        A.   I believe she -- I believe she said her --

23   again, it's been a while, her and others were looking

24   for -- getting excited for it to get posted.
```



Page 257

1    Q.   You believe she said --

2    A.   They wanted -- they were looking for it to get

3    posted.  It never got posted.

4    Q.   So sitting here today, you believe she said

5    that, but you don't remember specifically.

6    A.   It was a long time ago, yeah.  I just know

7    that Dr. Nguyen told me to get ready, and it never got

8    posted internally.

9    Q.   What system were you looking at to look for

10   the posting?

11   A.   The MIT job website, they posted all jobs

12   there.

13   Q.   Does the website have a name?

14   A.   I don't know.  I'd have to -- MIT -- MIT -- I

15   don't know.  I don't know the exact name of it.  You can

16   just Google it.

17   Q.   How often do you speak with Belinda?

18   A.   Once a week.

19   Q.   Still today, still to this day?

20   A.   Yeah.

21   Q.   What's Belinda's last name?

22   A.   I forget.  Sobosik, something like that,

23   S-O-B.

24   Q.   And you talk to her every week, but you don't



Page 260

1      A.    There was a project officer job opened up, I

2   believe.

3      Q.    And who got that job?

4      A.    Oh, I don't know.  I was told I couldn't apply

5   for it, so...

6      Q.    To be clear, I'm not talking about a job that

7   you learned about after your layoff.  I'm talking about

8   two jobs that were -- you say were open or available

9   around about your layoff.  So we're going to talk after

10  about a project manager job that came up in 2022 that

11  was discussed -- that we discussed a little bit the last

12  time that you didn't apply for.

13     A.    The one they told me I couldn't apply for,

14  yeah.

15     Q.    We're going to go back to that because we've

16  already had this discussion.

17     A.    Oh, I'm sorry.

18     Q.    You say "they."  You didn't have any

19  conversation with anyone at MIT about the project

20  management job that came up after your layoff; correct?

21            MS. CALLAHAN GILL:  Objection as to form.

22     A.    I read an e-mail stating that I couldn't apply

23  for it.  I wouldn't get it.  I find that discriminating

24  and retaliatory right there.  I mean, they never



Page 261

1    interviewed me.  They wouldn't let me interview.

2         Q.   (BY MS. KUGELL) Again, I don't want to go

3    through conversations --

4         A.   Okay.

5         Q.   -- with your attorney.  I want to confirm, you

6    did not have any conversations with anybody at MIT about

7    the project manager job that came up after your layoff;

8    correct?

9         A.   Why would I when I was told I wouldn't get it?

10        Q.   And you learned that through conversations

11   that you can't talk about because they're covered by the

12   attorney-client privilege; correct?

13        A.   I --

14             MS. CALLAHAN GILL:  Objection as to form.

15        A.   I read the e-mail.

16        Q.   (BY MS. KUGELL) Your lawyer gave you an e-mail

17   to read.

18        A.   I read the e-mail, yeah.

19        Q.   That you received from your lawyer?

20             MS. CALLAHAN GILL:  Objection as to form.  I

21   want to make sure --

22             MS. KUGELL:  I'm not asking about the

23   communication.  I'm just -- he's saying, I read an

24   e-mail, and I'm trying to confirm that that e-mail was



Page 262

1    an e-mail that he received from his lawyer.

2            MS. CALLAHAN GILL:  But I think that that

3    implies it was written by me.

4            MS. KUGELL:  I can't do anything about it.

5    He's making -- he's putting at issue the fact that he

6    didn't apply for a job because of communications with

7    his lawyer.

8            MS. CALLAHAN GILL:  No.  That's not what he's

9    saying.

10           THE DEPONENT:  That's not what I said.

11           MS. CALLAHAN GILL:  And I just want to make

12   sure that we're clear.  That's not what he's saying, and

13   I think the --

14           MS. KUGELL:  So who --

15           MS. CALLAHAN GILL:  -- way the question is

16   phrased --

17           MS. KUGELL:  So let me back up.

18       Q.   (BY MS. KUGELL) Who was the e-mail from?

19       A.   I have it at home.  I don't remember exactly.

20   You probably have it where it says that I can't apply

21   for it.  I won't get it.  You probably have the

22   document; don't you?

23       Q.   I don't have any document that says you can't

24   apply for a job, Tom.



```
1        A.    Oh, really.

2        Q.    So --

3        A.    I have it.  I don't have it on me, though.

4        Q.    So you read an e-mail.  Did the e-mail come to

5   you, Tom?

6              Was it sent to you?

7        A.    I don't recall.

8        Q.    Was it sent to you from someone at MIT?

9        A.    I don't recall.

10       Q.    I need to have a copy, whatever this e-mail

11  is.

12       A.    Sure.  That's no problem.

13             MS. KUGELL:  And if there's another e-mail out

14  there, I'm keeping the deposition open for that.

15             MS. CALLAHAN GILL:  Okay.

16             MS. KUGELL:  I don't -- I don't know what

17  e-mail he's talking about now.

18             MS. CALLAHAN GILL:  So I think if you want to

19  give me a moment, I can probably give you what the Bates

20  stamp is, and if you want to put that in front of him

21  and say, is this the e-mail that you read?

22             MS. KUGELL:  Okay.  We can do that.  I'm

23  trying to get through a lot.

24             MS. CALLAHAN GILL:  No.  I understand.  I'm
```



Page 264

1    just saying --

2              MS. KUGELL:  I appreciate --

3              MS. CALLAHAN GILL:  -- we're not trying to

4    hide the ball here.

5              MS. KUGELL:  Yeah.  I appreciate the offer,

6    and I probably will do that.

7              MS. CALLAHAN GILL:  Yeah.  I'm just suggesting

8    it.

9              MS. KUGELL:  Thank you.  It's a good

10   suggestion.  We will definitely take you up on that.  I

11   want to just keep moving through this, but we will come

12   back to it.

13             MS. CALLAHAN GILL:  Okay.

14        Q.   (BY MS. KUGELL) Aside from this e-mail, which

15   I will show you and we can decide, Tom, whether or not

16   we have agreement as to if this is the e-mail, aside

17   from this e-mail, did you have communication with anyone

18   at MIT who said you could not apply for a project

19   manager job after your layoff?

20        A.   No direct communication.

21        Q.   So I want to go back, Tom, to -- and I --

22   let's make this easier.  Why don't we mark the charge.

23             (Exhibit-11, Charge of discrimination, marked

24   for identification.)



Page 269

1          A.    I just don't remember.  I'm 61 and a half now,

2     so I'm getting old.

3          Q.    Is there anything I can show you to refresh

4     your recollection as to what job you recall being posted

5     for an MIT project manager in or around March of 2022?

6          A.    Probably not, probably -- I just don't

7     remember.  I don't remember the exact posting, so I

8     don't want to say yes if it's a no.

9          Q.    So you recall seeing a posting, and you recall

10    it was for a project manager position; correct?

11         A.    Yes.

12         Q.    And it was in or around March of 2022.

13         A.    Yes.

14         Q.    But you don't have any recollection as to what

15    that posting looked like, correct, other than it was for

16    a project manager?

17         A.    No.  Honestly, it was over two years ago.  I

18    just don't remember.

19         Q.    And there's nothing -- again, just to confirm,

20    nothing I can do to show you or to assist you in

21    refreshing your recollection.

22         A.    No.  I appreciate it, but no.  I know those

23    are posted, but I just don't recall.

24         Q.    Have you ever applied for a job as a project



Page 270

```
 1   manager?

 2        A.   Not that I can recall, no.

 3        Q.   How come?

 4        A.   I had a job.

 5        Q.   I'm asking:  At any point in time, have you

 6   ever applied for a job as a project manager?

 7        A.   No.

 8        Q.   How come?

 9        A.   There's a lot of jobs I haven't applied for.

10   What do you mean "how come"?

11        Q.   Do you think you're skilled and qualified and

12   experienced sufficiently to be a project manager?

13        A.    I believe with my background, I could do the

14   project manager's job if that's what you're asking.  I

15   have an economics degree, so I'm great with numbers, and

16   projects involve numbers.

17        Q.   So given that, why have you never applied for

18   a job as a project manager?

19        A.   Well, in the last twenty-five years, I've been

20   in dental.  That's why I haven't applied for a project

21   manager's job.  If you asked me when I was 25 years old,

22   I probably couldn't spell project manager.

23        Q.   So you're saying you don't want to be a

24   project manager.  That's why you haven't applied for it.
```



Page 271

1          A.    That's not what I said.  I said I had a job.

2    Why would I?

3          Q.    Since you left MIT, Tom --

4          A.    Yeah.

5          Q.    -- have you applied for a job as a project

6    manager?

7          A.    No.

8          Q.    Why?

9          A.    Because I had other jobs I was doing.

10         Q.    So you had no periods --

11         A.    Dental jobs.

12         Q.    And no periods of unemployment?

13         A.    I had periods of unemployment, but -- I'm not

14   using it as an excuse, but at 60, 61, 61 and a half,

15   you're not going to get the same look as you would at 30

16   or 25 or 35, so there's a lot of discrimination out

17   there, and I felt it.

18               But no, I haven't applied for a project

19   manager job when my primary -- I have two daughters in

20   college, and I just wanted to help provide for my

21   family, so rather than do something that I haven't done

22   at 61 and a half years old, I chose to do something that

23   I knew.

24         Q.    And that was --



Page 272

```
 1        A.    Dental.

 2        Q.    -- being a manager of a dental office?

 3        A.    Anything to do with that.  I would have took

 4   anything to do with dental.  The money didn't matter to

 5   me.  I just had to support my family.  I wouldn't be

 6   afraid to.  I'm not...

 7              MS. CALLAHAN GILL:  Go ahead.

 8              THE DEPONENT:  Huh?

 9              MS. CALLAHAN GILL:  Go ahead.

10        A.    I wouldn't be afraid to apply for a project

11   manager's job.  I think I'd be -- I think I'd be

12   excellent at it, but the situation I was in, I couldn't

13   take chances at that point.  I just had to take care of

14   my family.

15        Q.    (BY MS. KUGELL) I know you've alleged, Tom,

16   that you believe your layoff from MIT was -- was based

17   upon age discrimination.  Are there any other times that

18   you're claiming you were subjected to age discrimination

19   while you were at MIT?

20        A.    I'd have to think about that.  I mean, there's

21   -- I'd have to think about that.  I'd have to think

22   about that and get back to you.  I'm not sure.

23        Q.    So you've brought an age discrimination claim,

24   and you don't know if there were other times you felt
```



Page 317

1    that's been marked Exhibit 21 to your deposition.

2        A.   Okay.

3        Q.   Can you take a look at -- can you take a

4    moment and look at it?

5        A.   Okay.  I read it.

6        Q.   So I showed you a document that's been marked

7    Exhibit 21 to your deposition.  We were talking earlier

8    about an e-mail that caused you to believe you were not

9    going to get the project manager job.  Do you remember

10   that conversation?

11       A.   I do.

12       Q.   And you said you saw an e-mail, and it was

13   because of this e-mail that you were told you weren't

14   going to get it, so you didn't apply.  Do you remember

15   that testimony?

16       A.   Pretty much, yeah, pretty much, yeah.

17       Q.   Is this the e-mail you were talking about?

18       A.   This isn't the same e-mail I read.  I mean, it

19   could be the same wordage, but it was different.

20       Q.   You mean it looked different, but it could be

21   the same words.

22       A.   Yeah, it looked different, so I can't say it's

23   the same thing.  I'd like to go back and check it, and

24   then I can tell you.



Page 318

1            MS. KUGELL:  Well, we will take a break and

2    get the same one.

3            (Brief break from 1:16 p.m. to 1:31 p.m.)

4            (Exhibit-22, CAFARELLA00094 - CAFARELLA00095,

5    marked for identification.)

6        Q.    (BY MS. KUGELL) Tom, I'm showing you a

7    document that's been marked Exhibit 22.  Going back to

8    that conversation we had about the e-mail that caused

9    you to believe you couldn't apply for the project

10   management position, is this the e-mail that you're

11   referring to?

12       A.    Yes.

13       Q.    So this e-mail says that MIT provided an

14   explanation as to why the special projects job and the

15   PM position posted were not the same position; correct?

16   Do you see where it says that?

17       A.    Pretty much, yeah.

18       Q.    And from that, do you see anywhere in here

19   where it says, Tom shouldn't apply for the role?

20       A.    No.  But if you read this -- if you read this

21   thoroughly, I'm humiliated.  Who in their right mind

22   would even apply for this after reading this?  I was

23   totally humiliated.  I wasn't going to apply for it

24   then.  I mean, they're basically -- if you read the



Page 319

1   whole thing, they're telling me why I wouldn't get it.

2        Q.    Why were you humiliated?

3              What about the e-mail -- the information in

4   the e-mail did you find humiliating?

5        A.    Yeah, because they're basically telling me --

6   a job that I knew I could do, they didn't give me the

7   opportunity to even try for it.  They're basically

8   saying this is why you won't get it.

9        Q.    Did you not understand this was an effort to

10  explain why your job as a special project officer job

11  was different than the posted PM job?

12       A.    I understand what you're saying, but if you --

13  I was totally humiliated by this, in other words, don't

14  even apply; it's different; you're not going to get it;

15  you're not qualified.  They never even talked to me

16  about it.

17       Q.    Other than this e-mail, did you have any

18  communication with MIT that indicated to you you should

19  not apply for the project manager job?

20       A.    This is all I needed.  I was humiliated.  Why

21  would I apply?  Why would I have any other communication

22  with them?

23       Q.    So the answer to the question is no.

24       A.    No.



**Thomas J. Cafarella**
30 Spruce Street
Winchester, MA 01890
Home: 781-721-9587
Cell: 617-957-3576

**Objective**

To obtain a position that will further my career in the healthcare industry

**Experience**

Boston Medical Center - Boston, MA
May 2003 - present
Patient Financial Specialist
- Responsible for ensuring collection of assigned patient accounts and reaching the departmental goal of achieving maximum revenues and cash flow benefit for the hospital.
- Experience in billing Blue Cross/Blue Shield, Harvard, Tufts, Commercial
- Billed using third party software such as WebMD, Neben plus, Paper Vision Blue Cross/Blue Shield and Medicare.
- Knowledge of collection procedures.
- Review daily reports to investigate billing errors.
- SSI (electronic billing system) elite task force member
- Responsible for Accent Credit Company audits.

Union Dental Management Company – Framingham, MA
August 1997 - February 2003
Office Manager/Financial Manager
- Managed office staff (front desk and dental assistants)
- Day to day interaction with dentists and dental labs to achieve patient satisfaction
- Responsible billing and collection of accounts receivables for all patient services
- Developed strong patient services skills and problem solving abilities.
- Assisted new and current patients with payment options.
- Contributed in marketing (TV commercials, phone book and mailing)

DentPlus Dental Centers – Providence and Warwick, RI
November 1992 – August 1997
Office Manager
- Processed all insurance billing and account receivable follow up.
- Assisted new and existing patients with insurance questions/issues.
- Responsible for day to day operations with dental labs and supply companies
- Managed front desk operations for two dental offices.
- Maintained staffing for two dental offices.

**Education**

Worcester State College, 1982-1986

*References available upon request*

EXHIBIT
Cafarella
1
TMC 3-7-24

CAFARELLA00069

The Clinical Coordinator is primarily responsible for the administrative oversight and management of the Dental Service. This includes assessing systems to coordinate patient flow through the service efficiently and effectively as well as overall supervision of front desk staff. Works with Service Chief, clinicians and support staff to coordinate scheduled and unscheduled time away to ensure sufficient clinician and support staff coverage. Facilitates efficient flow of patient information collaboratively with Medical Records Service, Billing and Information Systems. Coordinates oversight of billing functions and supervision of staff with the Service Chief and Billing Manager.

Must be able to work for prolonged periods, attending to some tasks for 2 hours at a time. Must be able to communicate verbally over the telephone and in person in a way that patients can understand. Able to concentrate on fine detail with constant interruption and to remember multiple tasks given to self and others over long periods of time.

Education:    Bachelor's Degree or equivalent experience

Experience:  3-5 years administrative and supervisory experience in an outpatient dental clinic. Excellent communication skills. Strong teaching and facilitation skills.


EXHIBIT
Cafarella
2
ADC 3-7-24

CAFARELLA00076



Cecilia Warpinski Stuopis, MD, FACOG
Medical Director
MIT Medical
77 Massachusetts Avenue, E23—435
Cambridge, MA 02142
Phone      617-253-1716
Fax        617-253-6373
Website    medical.mit.edu
Email      cws@med.mit.edu

February 13, 2019


Tom Cafarella
E23-530

Dear Tom,

**This is to confirm that effective December 1, 2018 your job title has changed to Special Projects Officer, Dental.**

                              Sincerely,

                              Cecilia Warpinski Stuopis, MD
                              Medical Director



CAFARELLA00024



**MIT Medical**
77 Massachusetts Avenue
Cambridge, MA 02142
Phone      617-324-6332
Website    medical.mit.edu

February 3, 2022

Tom Cafarella
Special Projects Officer, Dental Services

Dear Tom:

It is with sincere regret that I must inform you that MIT will be unable to continue your employment at MIT Medical beyond February 4, 2022. Unfortunately, this action is being taken due to a lack of work resulting in the elimination of your position. This letter is your formal notice of layoff and you will not be required to return to the office after today. Your official termination date is February 4, 2022.

Under MIT policy, based on your start date of September 7, 2007 you are entitled to 22 weeks of layoff notice pay. On February 4, 2022, you will receive payment of all final wages, including the 22 weeks of layoff notice pay as well as 40 days of accrued and unused vacation via direct deposit to the account payroll has on file.

Please contact MIT Benefits at benefits@mit.edu or 617-253-6151 if you have questions about your health benefits. You can also visit their website at https://hr.mit.edu/leaving-mit for additional information.

In addition, MIT's MyLife Services is available to assist MIT faculty and staff who may be dealing with a difficult situation. You can reach them at 844-405-5433; they are available 24 hours/day.

The Institute regrets the circumstances that dictated this action. MIT Medical is appreciative of the contributions that you have made during your time at MIT.

Sincerely,

Cecilia Stuopis, MD
Medical Director

cc:      Personnel file
         Ben Moorghen, HR Officer



CAFARELLA00077

Peoplefluent RMS 5

# Dental Billing Specialist (22339)

**Requisition Information**

**Requisition ID:** 22339

**Job Code:** 20014387 - Financial Assistant 2

**Job Title:** Financial Assistant 2

**Posting Title:** Dental Billing Specialist

**Department:** MIT Health

**Department Number:** 495000

**School Area:** Executive Vice President

**HR Officer:** Ben Moorghen

**Reason for Position Opening:** Replace at same level

**Requisition Status:** Filled

**Recruiter Support:** No

**Workflow:** Hiring Process

**SAP Position Number:**

**Time Group:**

**Job Grade:** 5

**Payroll Category:** Support Staff



EXHIBIT 3V
7-18-2-1
10
Colfacella

MIT000821          1/3

Peoplefluent RMS 5

**Number of** 1
**Openings:**

**Person Being** Sandra Cabral                              **FLSA:** Non-Exempt
**Replaced:**

**Created On:** Friday, February 03,                         **EEO-1 Category:** 5 - Support
2023 10:41:56 PM

**Created By:** Sasha Callejas                               **AAP Job Group:** 055F - Financial Support

**Modified On:** Thursday, February 16,                      **AAP** MIT MAIN CAMPUS -
2023 11:56:32 AM                                            **Establishment:** CAMBRIDGE, MA

**Modified By:** Sasha Callejas

**Notes:**


**Job Details**


**Functional Area:** Health Care                            **Employment Type:** Full-Time

**Location:** Cambridge, MA                                  **Hours / Week:** 40

**Schedule:**                                                **% Time:**

**Visa Sponsorship** No
**Available:**

**Job Description:**

DENTAL BILLING SPECIALIST, *MIT Medical,* to oversee daily billing operations, including the overall management of all aspects of the dental service's billing practices. Will endure regulatory and policy compliance and timely processing; identify opportunities to reduce denials while simultaneously ensuring that all billing coding is accurately maximized in order to enhance revenue; directly manage or oversee, via a matrix reporting structure, all functions associated with accounts receivable, revenue collection, insurance billing, patient billing, bursar billing, payment posting, and billing account adjustments; use provider recommended treatment plans to either directly develop or oversee the development of patient estimates for procedures, including crowns, bridges, fillings, dentures, partials, extractions, dental implants, etc.; and coordinate with insurance companies on behalf of the Institute and patient to determine actual patient out-of-pocket cost and communicate relevant cost information to patients in timely manner.

A detailed position description is available at https://medical.mit.edu/jobs.

**Job Requirements:**

REQUIRED: high school diploma or its equivalent; at least three years' experience in either a dental office or in a similar health care setting; excellent interpersonal, communication, and collaboration skills especially while handling complicated claims and/or patients; ability to

MIT000822            2/3

Peoplefluent RMS 5

demonstrate leadership and accountability and engage effectively with patients and staff; and strong customer service skills. *PREFERRED:* bachelor's degree in business, finance, health care, or a related field.  Job #22339-5

**Must be able to work Monday through Friday.**

2/6/23

**Contacts**

| Actions | Name | Email | Phone | Fax | Contact Role | Primary |
|---------|------|-------|-------|-----|--------------|---------|
| | Thanh Giddarie | tgiddari@mit.edu | | | Hiring Manager | Yes |
| | Jane Hamilton | janeh@mit.edu | | | Recruiter | Yes |
| | Gerald Ellis | gellis@mit.edu | | | Hiring Manager | No |
| | Nichole Kelley | kelle@med.mit.edu | | | Hiring Manager | No |
| | Sasha Callejas | satorres@mit.edu | | | Hiring Manager | No |
| | Trang Nguyen | tnguyen@med.mit.edu | | | Hiring Manager | No |

MIT Applicant Tracking / PeopleFluent

Dental Billing Specialist (Req# 22339)



| Client; Req Position | | Req Position Description | Req Position Requirements |
|---|---|---|---|
| Req ID  Title | | | |

| 20880 | Project Manager | PROJECT MANAGER, MIT Medical, to manage the coordination and performance of operational administrative activities for various large, complex, program-level projects/programs.; Will be responsible for key PMO functions related to project status roll-ups and process compliance.; Projects and initiatives span all service areas and often require close monitoring and frequent communication.; The primary responsibility will be to work directly with MIT Medical leadership and various subproject leaders to coordinate, drive, and track initiatives/projects that support the departments strategic objectives by using established project management tools, philosophies, and methodologies.; Will implement complex projects from conception, scope definition, schedule management, through to completion; work closely with the executive leadership team on managing their projects as an advisor and educator and be responsible for administrative tasks such as generating presentations and reports, coordinating meetings and events, scheduling travel, managing expenses, etc.;; | REQUIRED  .bachelors degree, at least three years administrative, operations, and/or project/program management experience; strong working knowledge of/expertise with project management tools, methodologies, and processes, excellent listening, interpersonal, written communication, organizational, problem-solving, and negotiation skills; diplomacy; desire to coach and develop others in project management techniques; attention to detail; and proficiency with Microsoft Office (Word, Excel, PowerPoint, Outlook), MS Project, and Visio.; Seek a flexible, proactive, collaborative team player who can manage conflict resolution at all levels; handle multiple projects/responsibilities simultaneously; respond proactively to requests and ensure they are completed on time, are of high quality, and reflect the stakeholders unique needs; and identify inefficiencies and recommend solutions in a dynamic, entrepreneurial environment.;;PREFERRED:, healthcare background and experience assisting with or having actual responsibility for budget management.;;Job #20880-8 - 3/2/22 |



MIT000803

CAFARELLA000833

**THOMAS J CAFARELLA**

30 Spruce Street
Winchester, MA 01890
Cell: 617-957-3576

**OBJECTIVE** To further my career in the Dental healthcare industry while utilizing my
extensive dental management skill set

**Experience** **MASSACHUSETTS INSTITUTE OF TECHNOLOGY**
August 2007 – February 2022
*MIT Dental, Medical Department*
*Administrative Clinical Coordinator*
*Office Manager, Special Projects Officer*

* Supervise dental department's support staff. Duties include all staff
  training needed to be performed, payroll and annual staff reviews
* Create and oversee dental department budget including review and
  expense projections. Ensure projections are met
* Team leader with the implementation of Dentrix dental software,
  digital x-ray, digital panoramic and digital scanner.
* Team leader for the implementation of HD dental lights and intra-
  oral cameras and carries detectors
* Responsible for the hiring of all support staff and providers
* Insurance billing specialist and front desk scheduling
* Performance management, coaching, delegating and goal setting for staff
  and providers.

*MIT Medical Committees*
Diversity committee- MIT Diversity Award Winner
Lunch and Learn committee
Rewards and recognition committee (co-chair)
Dentrix user group

**BOSTON MEDICAL CENTER – BOSTON, MA**
April 2003 – August 2007
*Patient Financial Specialist*

* Responsible for ensuring collection of assigned patient accounts and
  reaching the departmental goal of achieving maximum revenues and
  cash flow benefit for the hospital.
* Experience in billing Blue Cross/Blue Shield, Harvard, Tufts, Commercial,
  Medicare and Medicaid
* Billed using third party software such as WebMD, Nehen, Blue Cross/Blue
  Shield and Medicare.
* Knowledge of collection procedures
* Review daily reports to investigate billing errors

**UNION DENTAL MANAGEMENT COMPANY – FRAMINGHAM, MA**
August 1997 – February 2003
*Patient Coordinator Financial Manager*

* Comprehensive knowledge of collections for accounts receivables
* Extensive experience in insurance billing.
* Developed strong patient services skills and problem solving abilities
* Assisted new and current patients with payment plans



CAFARELLA000934

- Contributed in marketing (TV commercials, phone book and mailing)

**DENTPLUS DENTAL CENTERS – PROVIDENCE AND WARWICK, RI**
November 1992 – August 1997
*Front Desk Manager*

- Processed all insurance billing and account receivable follow up.
- Assisted new and existing patients with insurance questions/issues.
- Responsible for day to day operations with dental labs and supply companies
- Managed front desk operations for two dental offices.
- Maintained staffing for two dental offices.

**Education** Worcester State College, 1982-1986
    BS Economics

References available upon request