# EXHIBIT 7

# FILED UNDER SEAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS CAFARELLA,<br><br>    Plaintiff,<br><br>v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>    Defendant. | Civil Action No. 1:23-cv-11032 |

### DECLARATION OF ALLISON ROMANTZ





-